UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. |
| v. ) | |
| ) | 4:25-cr-00223 RWS/RHH |
| ) | |
| JUAN MIGUEL RODRIGUEZ-CUATIANQUIZ, ) | |
| ) | |
| Defendant. ) | |

**INDICTMENT**

**COUNT ONE**

The Grand Jury charges that:

On or about April 2, 2025, in the Eastern District of Missouri, the defendant,

**JUAN MIGUEL RODRIGUEZ-CUATIANQUIZ,**

an alien, was found in the United States after having been removed therefrom to Mexico, without having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
GEOFFREY S. OGDEN, #66930MO
Assistant United States Attorney

FILED
APR 2 3 2025
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS